IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY L. DIAMOND,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CA 19-917-CG-MU |
| **CITY OF MOBILE, ALABAMA,** | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice,** prior to service of process, in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), because Plaintiff's complaint is barred by the applicable statute of limitations.

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE